IN The District Court
Of Massachusette Division

FILED
IN CLERKS OFFICE
2022 OCT 24 PM 12:38
U.S. DISTRICT COURT
DISTRICT OF MASS.

Michael Anthony LoRusso,
                Petitioner                Case No: Pending

vs

Governor Ron Desantis in his,
Official Capacity of Governor,
of The State of Florida,
                Respondent,                /

## Violation Of Federal Immigration Law

As Respondent illegally Kidnapped migrants that Originally entered this country from Texas not Florida.

### Petitioner

1. Petitioner is a political prisoner in The "Cess Pool" of The Florida Department Of Corrections under the direct supervision of Respondent.

### Respondent

1. Respondent is a the elected Governor of The State Of Florida!

### Statement of Claim

1. As Respondent in a Covert conspiracy with Texas Governor Greg Abbott engaged in a illegal practice of Kidnapping.

— 1 —

On or around August 28th, 2022 the facts will show. That in complete disregard of Federal Immigration law a female represtative of Respondent. Was present with Governor Greg Abbott engaged in that 50 migrants who spoke no english was informed to get in a airplane. Now, all this is happening in Texas!

The airplane was boarded from Texas to Destin, Florida! This is Human Trafficking! The airplane with 50 migrants are now In Florida on a plane that had Respondent's Communication Director's holdings. Then these 50 migrants was flown to Massachusettes. Respondent never notified any authories but did notify Fox News. The flight was paid out of taxpayer's money from Covid 19 funds! So, Respondent not only is using taxpayer's funds in a illegal act of kidnapping.

Then Respondent claims that President Biden has done nothing to the crisis at the border. These migrants was originally in Texas! So, Under Federal law Respondent is guilty in Massachusettes Court.

-2-

This was all about political point with his Republican base. Respondent should spend more attention to his home state with issues with a child pedophile ring involving The infamous Justin Crowden deep cover up of Pinellas County Sheriff Bob Gualtieri which is the reason that Respondent is currently incarcerated in his "Cess Pool" of Department of Corrections.

### Record Settlement

1. Governor Ron DeSantis should clearly by more attention to the focus of his own state. A Federal review of The Department of Corrections. Gangs, drugs, homosexuals, Assaults.
2. The hiring and total cover up of a record settlement of 4.65 million dollars of a lieutenant Keith Turner who is a sexual predator. All under Respondent's administration. Mr. Turner is waiting trial on two counts of sexual molestation of a child under 12.
3. Respondent has been challenged in Federal Court four times and has lost all four Federal Court cases.
4. The total incompetence of the response to Hurricane Ian of the lack of a emergency plan prior to the storm in Ft. Myers, Florida

-3-

It seems to very clear that Respondent has enough priorities to keep himself busy. Instead he kidnaps 50 migrants with tax payer's money and fly them to another state! These are The law and Order people These Republicans are driving women back 50 years to back alleys with bloody coat hangers.

Respondent was planning another kidnapping but the media that is not Fox News found out and the flight was cancelled. This time Respondent was going to kidnap migrants and send them to Delaware.

## Border Crisis

1. Respondent likes to bring up "Border Crisis" a lot in his re-election and bid for the 2024 nomination for President. No Florida Governor has even been on a ticket in either party. Respondent does not poll well in Iowa!

2. Respondent is a Yale gradute so his policies are not of a dumb man. That Respondent much like Donald Trump thinks the rule of law does not apply to him.

This Violation of Federal Immigration law Comes in good faith

Respectfully,

Michael CoRusso
Petitioner Pro se
10800 Evans Road
# 345454   33868
Polk City, Florida

-4-